USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/30/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Ruiz,

            Petitioner,

-against-

Cyrus Vance,

            Respondent.

19-CV-03188 (AT)(KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge**.

On December 13, 2019, the Court ordered the parties to submit a letter to inform the Court as to whether Respondent consents to Petitioner's proposed amended petition or, alternatively, to file a proposed briefing scheduling for Petitioner's motion to amend by December 27, 2019. The parties have not done so. By no later than **February 7, 2020**, the parties shall file a joint letter to either inform the Court that Respondent consents or, alternatively, propose a briefing schedule. If Respondent consents, the parties will further inform the Court whether Respondent consents to Petitioner's pending motion to stay in light of the stipulated amended petition or, alternatively, will set forth a proposed briefing schedule for the motion to stay.

Dated: New York, New York
       January 30, 2020

SO ORDERED.

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge