```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Ruiz,

                Petitioner,

    -against-

Cyrus Vance,

                Respondent.

**ORDER**

**19-CV-03188 (AT) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge**.

      This matter was stayed on April 1, 2020, at Petitioner Carlos Ruiz's request, in order to allow Petitioner to exhaust his state remedies in light of the COVID-19 pandemic. Petitioner was ordered to provide the Court with regular updates regarding the status of his state claims but failed to do so. As such, the Court orders Petitioner to provide the Court with a status letter as to his efforts to pursue his ineffective assistance of counsel claim in state court **by Friday, March 5, 2021**. Petitioner is further ordered to provide the Court with status letters regarding his efforts in state court every six-months thereafter, with the next status letter to be filed no later than **September 5, 2021**

      As previously stated in the Court's April 1, 2020 Order (see ECF No. 48), Petitioner must advise the Court, as soon as possible and in writing, of the date on which any decisions are reached in the state court proceedings. Within 30 days of the date on which the final state court capable of reviewing Petitioner's applications has reached a decision, Petitioner must notify the Court in writing of the decision(s), upon which the stay will be lifted. The Court cautions

Petitioner that continued failure to comply with the terms of this Order may result in the Court's lifting of the stay.

**SO ORDERED.**

Dated: New York, New York
February 2, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge