USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Ruiz,

                Petitioner,

      -against-

Cyrus Vance,

                Respondent.

**ORDER**

19-CV-03188 (AT) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge**.

This matter was stayed on April 1, 2020, at Petitioner's request to allow him to exhaust his state remedies. Petitioner was ordered to provide the Court with regular updates regarding the status of his state claims but failed to do so. Petitioner failed to provide a status letter update by June 27, 2022 as requested. (ECF No. 58.)

The Court requests that Petitioner, through his counsel of record, Bobbi C. Sternheim, provide the Court with a status letter as to his efforts to pursue his ineffective assistance of counsel claim in state court **by Tuesday, July 19, 2022**.

Petitioner is also reminded that within 30 days of the date on which the final state court capable of reviewing his applications has reached a decision, Petitioner must notify this Court in writing of the decision(s), upon which the stay will be lifted.

The Court cautions Petitioner that failure to comply with this Order may result in the Court's lifting of the stay.

      SO ORDERED.

Dated: New York, New York
       July 12, 2022

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge