```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Ruiz,

                  Petitioner,

       -against-

Cyrus Vance,

                  Respondent.

**ORDER**

19-CV-03188 (AT) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge**.

On September 15, 2022, the Court lifted the stay in this action and set a schedule for the parties to file the amended petition, answer, and reply. (ECF No. 64.) Pursuant to the schedule set by the Court, Petitioner filed an amended petition on October 14, 2022, but this filing was deficient. Petitioner rectified the deficiency on October 18, 2022 at ECF No. 67. Accordingly, the Amended Petition at ECF No. 67 is the operative petition.

In light of the short delay in filing the Amended Petition, the deadlines for filing the answer and reply are extended accordingly. The deadline for Respondent to file and serve the answer to the operative petition and the transcripts and briefs identified in Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts is extended from December 13, 2022 until **Monday, December 19, 2022.** The deadline for Petitioner to file and serve reply papers is extended from January 16, 2023 until **Friday, January 20, 2023.**

    SO ORDERED.

Dated: New York, New York
       October 18, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge