USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Ruiz,

                Petitioner,

-against-

Cyrus Vance,

                Respondent.

**ORDER**

19-CV-03188 (AT) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge**.

On October 18, 2022, the Court issued a scheduling order setting the deadline for Respondent to answer the petition by December 19, 2022 and for Petitioner to file a reply by January 20, 2023.  Petitioner did not file a reply.  Although no reply is required, the Court nonetheless grants a short extension nunc pro tunc until **Friday, March 31, 2023** for a reply, should Petitioner choose to file one.

**SO ORDERED.**

Dated: New York, New York
       March 21, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge