UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS RUIZ,

                              Petitioner,

                -against-

Cyrus Vance,

                              Respondent.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/13/2023
```

19 Civ. 3188 (AT) (KHP)

**ORDER**

ANALISA TORRES, District Judge:

        Before the Court is the Report and Recommendation ("R&R"), ECF No. 71, from the Honorable Katharine H. Parker, recommending that the petition for a writ of habeas corpus be denied in its entirety and that the case be dismissed.

        On April 10, 2019, Petitioner *pro se*, Carlos Ruiz, filed an application under 28 U.S.C. § 2254, challenging his New York state court conviction for criminal sale of a controlled substance in the first degree, criminal sale of a controlled substance in the third degree, and criminal possession of a controlled substance in the third degree.  ECF 1-1 ¶ 5.  Petitioner filed an amended petition on October 18, 2022.  ECF No. 67.

        After careful consideration, Judge Parker issued the R&R, proposing that the Court deny the petition for a writ of habeas corpus.  *See* R&R at 26.  Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has passed.  *Id.* at 28; *see* Fed. R. Civ. P. 72(b)(2).  When no objection is made, the Court reviews the R&R for clear error.  *See Whitley v. Bowden*, No. 17 Civ. 3564, 2019 WL 1953941, at *1 (S.D.N.Y. May 1, 2019) (collecting cases).  The Court finds no clear error.

        Accordingly, the Court ADOPTS Judge Parker's R&R in its entirety.  Petitioner's application for relief under 28 U.S.C. § 2254 is DENIED.  The Clerk of Court is directed to enter judgment consistent with this order and the R&R.

        SO ORDERED.

Dated:  December 13, 2023
          New York, New York

ANALISA TORRES
United States District Judge