UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

CARLOS RUIZ,

                        Petitioner,                    19 **CIVIL** 3188 (AT)(KHP)

     -against-                           **JUDGMENT**

CYRUS VANCE,

                       Respondent.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 13, 2023, the Court adopts the Report & Recommendation in its entirety.  Petitioner's application for relief under 28 U.S.C. § 2254 is DENIED.

**DATED:**  New York, New York
              December 13, 2023

                                                      **RUBY J. KRAJICK**

                                                          _____

                                                           **Clerk of Court**

                               **BY:**

                                                          **Deputy Clerk**